

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-13-00064-CR

Donald **AEKINS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 403rd District Court, Travis County, Texas
Trial Court No. D-1-DC-12-904056
Brenda Kennedy, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
           Sandee Bryan Marion, Justice
           Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED. The Appellant's Motion to Suspend Rule 9.3(b) is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court